UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PARVIZ IZADJOO, Individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> OWEN KRATZ, and HELIX ENERGY SOLUTIONS GROUP, INC., <br><br> *Defendants.* | CIVIL ACTION NO. 4:15-cv-2213 |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

On this day the Court considered the Motion to Dismiss Plaintiffs' Amended Class Action Complaint (the "Motion") filed by Helix Energy Solutions Group, Inc., Owen Kratz, Anthony Tripodo, and Clifford V. Chamblee (the "Defendants"). Upon consideration of the Motion, all responses filed by the parties, and the arguments of the parties, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that the Defendants' Motion to Dismiss is GRANTED.

It is further ORDERED that Plaintiffs' claims against Defendants are DISMISSED WITH PREJUDICE.

SIGNED this _____ day of _____, 2016.

_____
HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE