United States District Court
Southern District of Texas
**ENTERED**
May 01, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PARVIZ IZADJOO, On behalf of himself and all others similarly situated, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. H-15-2213 |
| VS. | § § | |
| HELIX ENERGY SOLUTIONS GROUP, INC., *et al*. | § § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

The court dismissed this action without prejudice on February 14, 2017. (Docket Entry No. 32). The plaintiffs were granted leave to amend no later than March 17, 2017. (*Id*.). The plaintiffs did not file an amended complaint. This action is dismissed with prejudice. Each party is to bear its own costs.

This is a final judgment.

SIGNED on May 1, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge

1